No. 12-2528

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

THOMAS HILL,

      Petitioner-Appellant,

v.

CINDI S. CURTIN, WARDEN,

      Respondent-Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)

O R D E R

FILED
May 13, 2014
DEBORAH S. HUNT, Clerk

**BEFORE: BATCHELDER, Chief Judge; BOGGS, MOORE, COLE, CLAY, GIBBONS, ROGERS, SUTTON, COOK McKEAGUE, GRIFFIN, KETHLEDGE, WHITE, STRANCH, and DONALD, Circuit Judges.**

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(b) provides as follows:

> "The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

This case will be argued before the en banc court on Wednesday, December 3, 2014. A briefing schedule will follow.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**